# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA, the
STATES of CALIFORNIA, DELAWARE,
FLORIDA, GEORGIA, ILLINOIS,
INDIANA, IOWA, LOUISIANA,
MARYLAND, MASSACHUSETTS,
MICHIGAN, MONTANA, NEVADA,
NEW HAMPSHIRE, NEW JERSEY,
NEW MEXICO, NORTH CAROLINA,          Case No. 2:18-cv-543-FtM-38CM
OKLAHOMA, RHODE ISLAND,
TENNESSEE, TEXAS, VERMONT,
VIRGINIA, and WASHINGTON,                    **FILED IN CAMERA**
*ex rel.* JAMIE THOMPSON,                      **AND UNDER SEAL**

       Plaintiffs/Relator,

v.

ACADIA HEALTHCARE COMPANY,
INC., AFFILIATES OF ACADIA
HEALTHCARE COMPANY INC. TO BE
NAMED, RIVERWOODS BEHAVIORAL
HEALTH, LLC, and RIVERWOODS
BEHAVIORAL HEALTH, LLC d/b/a
LAKEVIEW BEHAVIORAL HEALTH,

       Defendants.

_____/

## NOTICE OF PARTIAL INTERVENTION FOR
## THE PURPOSE OF SETTLEMENT AND MOTION TO UNSEAL

Under the False Claims Act ("FCA"), 31 U.S.C. §§ 3730(b)(2) and (4), the

United States of America elects to partially intervene in this action for the purpose of

settlement with Acadia Healthcare Company, Inc. ("Acadia"). The United States

intervenes as to allegations that between January 1, 2014 and December 31, 2017,

Acadia, Lakeview Behavioral Health, and Riverwoods Behavioral Health submitted

or caused to be submitted false claims for inpatient behavioral health services

provided to Medicare, Medicaid, and TRICARE beneficiaries at Lakeview and

Riverwoods resulting from Acadia, Lakeview, and Riverwoods's (i) admission of

beneficiaries who were not eligible for inpatient treatment, (ii) failure to properly

discharge beneficiaries when they no longer needed inpatient treatment, (iii)

improper and excessive lengths of stay, (iv) failure to provide adequate staffing,

training, and/or supervision of staff and prevent assaults, elopements, suicides, and

other harm resulting from staffing failures, and (v) failure to provide inpatient acute

care in accord with federal and state regulations, including, but not limited to, failure

to provide active treatment, to develop and/or update individualized assessments

and treatment plans, to provide adequate discharge planning, and to provide required

individual and group therapy. The United States declines to intervene as to all other

claims asserted in relator's complaint.

Under the terms of a proposed settlement agreement between the United

States, the relator, and Acadia, the United States anticipates filing a notice of

dismissal as to all claims on behalf of the United States and relator in this action.

However, the named plaintiff states require additional time to finalize the terms of

their separate agreements and obtain approval from participating states. The notice

of dismissal will be filed after the settlements with the United States and the

individual participating states have been executed and paid.

Accordingly, the United States requests an order:

2

1.      Unsealing the complaint, this notice, and the attached proposed order but retaining the seal on other papers previously filed in this case because those papers discuss the content and extent of the United States' investigation for the sole purpose of assisting the Court in evaluating whether to extend the seal and intervention period.

2.      Granting an extension of time through November 20, 2024, for the named plaintiff states to intervene in this action.

A proposed order accompanies this notice.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ROGER HANDBERG
United States Attorney

By:     /s/ Lindsay Saxe Griffin
LACY R. HARWELL, JR.
Assistant United States Attorney
Florida Bar No. 714623
LINDSAY SAXE GRIFFIN
Assistant United States Attorney
Florida Bar No. 72761
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone No. (813) 274-6000
Facsimile No. (813) 274-6200
Randy.Harwell@usdoj.gov
Lindsay.Griffin@usdoj.gov

JAMIE ANN YAVELBERG
ALLISON CENDALI
SARAH M. ARNI

Attorneys, Civil Division
United States Department of Justice
175 N Street NE, Room 10.1807
Washington, DC  20002
Telephone No.: 202-353-1233
Email: Sarah.M.Arni@usdoj.gov

Counsel for the United States

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on September 20, 2024, a true and correct copy of

the foregoing application was sent by email and United States mail to the following

parties:

Eva Gunasekera
Renee Brooker
Tycko & Zavareei LLP
1828 L Street NW, Suite 1000
Washington, DC 20036

Michael A. Sullivan
Finch McCranie LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, Georgia 30303

/s/ *Lindsay Saxe Griffin*
Assistant United States Attorney