UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA, THE
STATES OF CALIFORNIA, DELAWARE,
FLORIDA, GEORGIA, ILLINOIS,
INDIANA, IOWA, LOUISIANA,
MARYLAND, MASSACHUSETTS,
MICHIGAN, MONTANA, NEVADA,
NEW HAMPSHIRE, NEW JERSEY,
NEW MEXICO, NORTH CAROLINA,
OKLAHOMA, RHODE ISLAND,
TENNESSEE, TEXAS, VERMONT,
VIRGINIA, and WASHINGTON, *ex rel.*,
and JAMIE THOMSON,

   Plaintiffs/Relator,

v.                                                      2:18-cv-543-SPC-NPM

ACADIA HEALTHCARE COMPANY, INC.,
AFFILIATES OF ACADIA HEALTHCARE
COMPANY, INC. TO BE NAMED,
RIVERWOODS BEHAVIORAL HEALTH, LLC
d/b/a LAKEVIEW BEHAVIORAL HEALTH,

   Defendants.

## ORDER

In this federal-false-claims-act case, the United States has notified the court of its decision to partially intervene for the purpose of settlement and requests an extension of time for the named plaintiff states to intervene in this action.

Accordingly, pursuant to 31 U.S.C. § 3730(b)(2) and (4), it is hereby **ORDERED** that the relator's complaint (Doc. 2), the United States's notice of

intervention (Doc. 82), and this order shall be *unsealed*. All other papers and orders previously filed in this matter *shall remain under seal*, and the seal is lifted for all other matters occurring in this action *after* the day of this order. The request for an extension of time is **GRANTED**, and the named plaintiff states shall have until **November 20, 2024**, to intervene in this action.

**ORDERED** on September 25, 2024.

NICHOLAS P. MIZELL
United States Magistrate Judge